

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**STELLA ROMANSKI**,

    Plaintiff,

-vs-

**DETROIT ENTERTAINMENT, L.L.C.**, d/b/a MotorCity Casino, a Michigan Limited Liability Company, **MARLENE BROWN, GLORIA BROWN, ROBERT EDWARDS** and **JOEETA STEVENSON**, Jointly and Severally,

    Defendants.
_____/

Robert F. MacAlpine (P 31626)
GARAN LUCOW MILLER, P.C.
1000 Woodbridge Street
Detroit, MI 48207-3192
(313) 446-1530
Attorney for Defendants

Neil H. Fink (P 13430)
S. David McNeill (P 17544)
Attorneys for Plaintiff
_____/

Case No. 02-CV-73358-DT

Hon.   Lawrence P. Zatkoff
Magistrate Steven D. Pepe

**FILED**

MAR - 8 2004

CLERK'S OFFICE-DETROIT-PSG
U.S. DISTRICT COURT

### NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Defendants, DETROIT ENTERTAINMENT, L.L.C. and MARLENE BROWN, appeal to the United States Court of Appeals for the Sixth Circuit from the Order of Final Judgment (copy attached), entered in this action on

September 12, 2003, and from the Opinion and Order denying Defendants' Motion for Judgment Notwithstanding the Verdict, New Trial and/or Remittitur (copy attached), entered on February 11, 2004, by the Honorable Lawrence P. Zatkoff, District Court Judge.

        Respectfully submitted,

        GARAN LUCOW MILLER, P.C.

        By: _____
        ROSALIND L. ROCHKIND (P23504)
        ROBERT F. MACALPINE (P31626)
        MEGAN K. CAVANAGH (P61978)
        Attorneys for Defendants
        1000 Woodbridge Street
        Detroit, Michigan 48207
        (313) 446-1530

March 8, 2004
Document: 502077.1