UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**STELLA ROMANSKI**,

      Plaintiff,

-vs-

Case No. 02-CV-73358-DT-DT

Hon.   Lawrence P. Zatkoff
Magistrate Steven D. Pepe

**DETROIT ENTERTAINMENT, L.L.C.**, d/b/a MotorCity Casino, a Michigan Limited Liability Company, **MARLENE BROWN, GLORIA BROWN, ROBERT EDWARDS** and **JOEETA STEVENSON**, Jointly and Severally,

      Defendants.
_____/

**ROBERT F. MacALPINE (P 31626)**
**Attorney for Defendants-Appellants**
**Garon Lucow Miller, P.C.**
**1000 Woodbridge Street**
**Detroit, Michigan 487207-3192**
**Telephone: (313) 446-1530**

**NEIL H. FINK (P 13430)**
**S. DAVID McNEILL (P 17544)**
**Attorneys for Plaintiff-Appellees**
**185 Oakland Avenue, Suite 250**
**Birmingham, Michigan 48009**
**Telephone: (248) 258-3181**

<u>**PLAINTIFF-APPELLEE**</u>
<u>**STELLA ROMANSKI'S BILL OF COSTS**</u>

<u>**Fees Paid to Court Reporters for Transcript**</u>

| | | |
|---|---|---:|
| 1. | Mary Wisneski, Court Reporter | $135.00 |
| 2. | Larry Przypysz, Court Reporter | $580.00 |

## Verification

Fee items charged in this bill are correct and were necessarily incurred in the appeal. The services for which fees are charged were actually performed.

I declare that the statements above are true to the best of my knowledge and belief.

        _s/S. David McNeill_____
NEIL H. FINK (P 13430)
S. DAVID McNEILL (P 17544)
RICHARD G. LEWANDOWSKI (P 38543)
Attorneys for Plaintiff-Appellees
185 Oakland Ave., Suite 250
Birmingham, Michigan 48009
e-mail address: sdmesq@comcast.net
Telephone: (248) 258-3181

Subscribed and sworn to before me

This 14th day of November, 2005.

_s/Vanessa V. Ferriole_____
Notary Public for the County of
Wayne, Acting in Oakland, State of Michigan.
My Commission expires: 12-20-07