# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

STELLA ROMANSKI,

       Plaintiff,

v.

CASE NO. 02-73358
HON. LAWRENCE P. ZATKOFF

DETROIT ENTERTAINMENT, L.L.C. d/b/a
MOTORCITY CASINO, a Michigan
Corporation, MARLENE BROWN, GLORIA
BROWN, ROBERT EDWARDS, and
JOETTA STEVENSON,
Jointly and Severally,

       Defendants.

_____/

## ORDER TO SHOW CAUSE

On May 28, 2003, this Court denied Defendants' Motion for Summary Judgment, finding that Defendants were state actors for purposes of 42 U.S.C. § 1983. After a jury trial, a verdict was entered on September 12, 2003, which included a punitive damages award against Detroit Entertainment in the amount of $875,000. This Court then denied Defendants' Motions for Judgment Notwithstanding the Verdict and New Trial and Remittitur. Defendants appealed.

The Sixth Circuit issued an opinion on October 28, 2005. The Sixth Circuit affirmed this Court's ruling that Defendants were state actors. *Romanski v. Detroit Entm't, L.L.C.*, 428 F.3d 629, 640 (6th Cir. 2005). The Sixth Circuit also affirmed this Court's jury instructions. *Id.* at 642.

However, the Sixth Circuit found the punitive damages award of $875,000 to be excessive. The Sixth Circuit remanded the case, with instructions to remit the punitive damages award to $600,000, or to proceed with a new trial on the issue of damages. *Id.* at 650. Defendants' petition

for en banc rehearing was denied on February 6, 2006.

Based upon the foregoing, the Court hereby ORDERS Plaintiff to SHOW CAUSE in writing, no later February 28, 2006, as to whether she wishes to accept a remitted punitive damages award of $600,000, or to proceed with a new trial on the issue of damages.

IT IS SO ORDERED.

                                          s/Lawrence P. Zatkoff
                                          LAWRENCE P. ZATKOFF
                                          UNITED STATES DISTRICT JUDGE

Dated:  February 14, 2006

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on February 14, 2006.

                                          s/Marie E. Verlinde
                                          Case Manager
                                          (810) 984-3290