UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

**STELLA ROMANSKI**,

    Plaintiff,

-vs-

**DETROIT ENTERTAINMENT, L.L.C.**, d/b/a MotorCity Casino, a Michigan Limited Liability Company, **MARLENE BROWN, GLORIA BROWN, ROBERT EDWARDS** and **JOEETA STEVENSON**, Jointly and Severally,

    Defendants.
_____/

Case No. 02-CV-73358-DT-DT

Hon.  Lawrence P. Zatkoff
Magistrate Steven D. Pepe

**ROBERT F. MacALPINE (P 31626)**
**Attorney for Defendants**
Garon Lucow Miller, P.C.
1000 Woodbridge Street
Detroit, Michigan 487207-3192
Telephone: (313) 446-1530

**NEIL H. FINK (P 13430)**
**S. DAVID McNEILL (P 17544)**
**Attorneys for Plaintiff**
185 Oakland Avenue, Suite 250
Birmingham, Michigan 48009
**Telephone: (248) 258-3181**

## AMENDED JUDGMENT IN A CIVIL CASE

At a session of said Court held in the U.S. District Courthouse, City of Detroit, County of Wayne, State of Michigan on March 22, 2006
Present: Lawrence P. Zatkoff

This case having come before the Court on an order of remand from the United States Court of Appeals for the Sixth Circuit by written opinion dated October 28, 2005; and the Plaintiff, Stella Romanski, having agreed to remit $275,000.00 and to accept a $600,000.00 punitive damage award; and the Court being fully advised in the premises:

NOW, THEREFORE, IT IS HEREBY ORDERED that Plaintiff, Stella Romanski, shall have judgment against Defendants, Detroit Entertainment, L.L.C. in the amount of $279.05 compensatory damages, and judgment for punitive damages against Defendant, Detroit Entertainment, L.L.C. in the amount of $600,000.00; and judgment for punitive damages against Marlene Brown in the amount of $500.00.

IT IS FURTHER ORDERED that costs shall be assessed in the amount of $1,622.83, attorney fees in the amount of $62,000.00 up through September 12, 2003; attorney fees in the amount of $27,621.03 from September 13, 2003 until February 28, 2006; and interest awarded from the filing of the Complaint until February 28, 2006, in the amount of $137,156.78.

                                                    s/Lawrence P. Zatkoff
                                                    Hon. Lawrence P. Zatkoff

s/Neil H. Fink
NEIL H. FINK (P 13430)
Attorney for Plaintiff

s/Robert F. MacAlpine/by consent
ROBERT F. MacALPINE (P 31626)
Attorney for Defendants