UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**STELLA ROMANSKI**,

    Plaintiff,

-vs-

**DETROIT ENTERTAINMENT, L.L.C.**, d/b/a MotorCity Casino, a Michigan Limited Liability Company, **MARLENE BROWN, GLORIA BROWN, ROBERT EDWARDS** and **JOEETA STEVENSON**, Jointly and Severally,

    Defendants.
_____/

Case No. 02-CV-73358-DT-DT

Hon.  Lawrence P. Zatkoff
Magistrate Steven D. Pepe

Robert F. MacAlpine (P 31626)
GARAN LUCOW MILLER, P.C.
1000 Woodbridge Street
Detroit, MI  48207-3192
(313) 446-1530
Attorney for Defendants

Neil H. Fink (P 13430)
S. David McNeill (P 17544)
Attorneys for Plaintiff
_____/

**STIPULATED ORDER APPROVING BOND ON APPEAL
AND STAY OF PROCEEDINGS TO ENFORCE JUDGMENT**

    At a session of said Court held in the Theodore Levin United States Courthouse on  April 6, 2006

    PRESENT:  HON.  Lawrence P. Zatkoff

    NOW THEREFORE IT IS HEREBY STIPULATED AND ORDERED that all proceedings in the case, including any proceedings for enforcement of Judgment entered in favor of Plaintiff on September 12, 2003, are stayed pending the determination of the

United States Supreme Court of Defendants' Petition for Certiorari and exhaustion of appellate remedies, or further Order of this Court or the Appellate Courts.

IT IS FURTHER HEREBY STIPULATED AND ORDERED that the Appeal Bond is approved.

s/Lawrence P. Zatkoff<br>
HONORABLE LAWRENCE P. ZATKOFF

Approved by:

s/ with consent of S. David McNeill
185 Oakland Avenue
Suite 250
Birmingham, MI  48009
(248) 594-4984
sdmesq@comcast.net
(P 17544)

s/Robert F. MacAlpine
1000 Woodbridge Street
Detroit, MI  48207
(313) 446-1530
rmacalpine@garanlucow.com
(P 31626)