# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

*02-73358*
*Detroit*
*Zalkoff*

*cc*
*04-1354*

William K. Suter
Clerk of the Court
(202) 479-3011

October 2, 2006

FILED
OCT 16 2006
LEONARD GREEN, Clerk

Clerk
United States Court of Appeals for the Sixth Circuit
524 Potter Stewart Courthouse
100 East Fifth Street
Cincinnati, OH  45202

Re: Detroit Entertainment, L.L.C., dba MotorCity Casino, et al.
    v. Stella Romanski
    No. 06-38
    (Your No. 04-1354)

FILED
OCT 20 2006
CLERK'S OFFICE
DETROIT

Dear Clerk:

    The Court today entered the following order in the above-entitled case:

    The motion of Greektown Casino, LLC, et al. for leave to file a brief as amici curiae is granted. The petition for a writ of certiorari is denied.

Sincerely,

*William K. Suter*

**William K. Suter**, Clerk